**STATE of Missouri, Respondent,**

v.

**Amil BEQUETTE, Appellant.**

No. 71582.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 13, 1998.

Renee Murphy, Farmington, for appellant.

David R. Orzel, Pros. Atty., St. Francois County, Farmington, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

## ORDER

PER CURIAM.

Defendant appeals the judgment entered pursuant to his jury conviction for third degree assault of a law enforcement officer. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. Rule 30.25(b). We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).